IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHANNA DUNKLEBARGER, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COMMISSIONER OF SOCIAL § <br> SECURITY, § <br> § <br> Defendant. § | Civil Action No. 4:22-cv-0804-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the plaintiff's Motion for and Memorandum in Support of Award of Attorney Fees Under 406(b) of the Social Security Act (ECF No. 26) and **AWARDS** the plaintiff, in care of her attorney, Jonathan A. Heeps, Esq., attorney fees in the amount of $13,794.88 under 42 U.S.C. § 406(b). The Court also **ORDERS** Mr. Heeps to promptly return to the plaintiff the $4,369.88 attorney fee award previously entered under the Equal Access to Justice Act (ECF No. 25).

**SO ORDERED** on this **1st day** of **July, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**